JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **EDCV 12-236-MWF(DTBx)**                                    Dated: **May 30, 2012**

Title:      Dan Rabadi -v- World Savings Bank FSB, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                                None Present
    Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                None Present

**PROCEEDINGS (IN CHAMBERS):**        **ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE [25]**

On April 18, 2012, the Court granted Defendant's Motion to Dismiss, citing Plaintiff's failure to timely file an opposition in keeping with Local Rules 7-9 and 7-12. (Docket No. 22). In that Order, the Court ordered Plaintiff to file an amended complaint by no later than May 7, 2012. In its Order granting Defendant's Motion to Dismiss, the Court warned Plaintiff that failure to file an amended complaint by the deadline would result in dismissal of the action with prejudice. No amended complaint was filed.

On May 14, 2012, the Court ordered Plaintiff to show cause why an amended complaint was not filed. (Docket No. 25). In that Order, the Court stated that failure to respond to the Order to Show Cause would result in dismissal of this action with prejudice for failure to prosecute or to comply with court rules and orders under Federal Rule of Civil Procedure 41(b). *See also Pagtalunan v. Galaza*, 291 F.3d 639, 642–43 (9th Cir. 2002); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 989–92 (9th Cir. 1999). Plaintiff neither responded to the Court's Order to Show Cause nor filed an amended complaint.

Initials of Deputy Clerk   rs

  Accordingly, the action is DISMISSED WITH PREJUDICE for failure to prosecute and failure to comply with court rules and orders.

  IT IS SO ORDERED.

Initials of Deputy Clerk   rs