1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DAN RABADI, an Individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WORLD SAVINGS BANK, FSB, a Federally Chartered Bank; WELLS FARGO BANK, National Association, a Federally Chartered Bank; WACHOVIA MORTGAGE LOAN TRUST, SERIES 2006-ALT1, a securitized trust formed in the State of New York; NBS DEFAULT SERVICES, LLC, a Texas Limited Liability Company; US BANK USA, a Federally Chartered Bank; and DOES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　　Defendants. | CASE NO.:  5:12-cv-00236-MWF-DTB<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>*[Assigned to the Honorable Michael W. Fitzgerald, District Judge]* |

On May 30, 2012, the Court issued its Order Dismissing Action for Failure to Prosecute, which dismissed this action with prejudice. (Docket No. 29). Defendants Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as World Savings Bank, FSB, erroneously sued separately as "World Savings Bank, FSB, Wells Fargo Bank, National Association, and Wachovia Mortgage Loan Trust Series 2006-ALT1" (collectively "Wells

1  Fargo"), defendant NBS Default Services, LLC ("NBS") and defendant U.S. Bank
2  ("USB") filed a Proposed Judgment (Docket No. 30), pursuant to Rule 58(d) of the
3  Federal Rules of Civil Procedure.

In accordance with the Order Dismissing Action for Failure to Prosecute and
pursuant to Rule 58(d) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:**

1. Plaintiff Dan Rabadi will take nothing from defendants Wells Fargo, NBS and USB, in this action;
2. The action is dismissed with prejudice; and
3. Defendants Wells Fargo, NBS, and USB may each submit an application to tax costs.

Dated: June 14, 2012

_____
HON. MICHAEL W. FITZGERALD
U.S. DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE**

on the interested parties in said case as follows:

| Served By Other Means: | Served Electronically Via the Court's CM/ECF System: |
|---|---|
| *Counsel for Plaintiff:*<br><br>Majid Safaie, Esq.<br>Brian Stuart, Esq.<br>ARYA LAW CENTER, P.C.<br>3187 Red Hill Ave., Suite 110<br>Costa Mesa, CA 92692<br>Tel: 877.279.2523 | Fax: 714.668.1974 | *Counsel for Defendant,*<br>*NBS Default Services, LLC:*<br><br>Michael M. Le, Esq.<br>BRICE VANDER LINDEN & WERNICK, P.C.<br>301 East Ocean Blvd., Suite 1720<br>Long Beach, CA 90802<br>Tel: 562.612.4763 | Fax: 562.612.4761 |
|  | *Counsel for Defendant,*<br>*U.S. Bank:*<br><br>Elizabeth A. Frohlich, Esq.<br>MORGAN LEWIS & BOCKIUS<br>One Market Plaza, Spear St. Tower<br>San Francisco, CA 94105<br>Tel: 415.442.1000 | Fax: 415.442.1001 |

☒ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

1  ☒  **FEDERAL:** I declare that I am employed in the office of a member of
2      the Bar of this Court at whose direction the service was made. I declare
       under penalty of perjury under the laws of the United States of America
3      that the foregoing is true and correct.

4      This declaration is executed in Pasadena, California, on **June 5, 2012**.

|      Mark Betti          |     */s/ Mark Betti*       |
|--------------------------|----------------------------|
|   (Type or Print Name)   |  (Signature of Declarant)  |